# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL JAIME INOFUENTES<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:24-MJ-443<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 22, 2024 and April 2, 2024__ in the city/county of __Medellin, Colombia__ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C § 2423(c) and (g)(2) | Illicit sexual conduct in a foreign place |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Lauren Halper
*Printed name and title*

*Complainant's signature*

DHS-HSI Special Agent Samantha Fisher
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 11/05/2024

Digitally signed by Ivan Davis
Date: 2024.11.05 13:49:17 -05'00'

*Judge's signature*

City and state: Alexandria, Virginia

The Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*