IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

APR 24 2025

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-CR-5 |
| v. | Count One: 18 U.S.C. §§ 1591 (a)(1), (b)(2), and (c); 1594(a); 1596(a)(1) and (a)(2) Sex Trafficking of a Child |
| MICHAEL JAIME INOFUENTES, | |
| Defendant. | Count Two: 18 U.S.C. § 2423(c), (f), and (g)(2) Engaging in Illicit Sexual Conduct in a Foreign Place |
| | Forfeiture Notice |

**SUPERSEDING INDICTMENT**

April 2025 Term—at Alexandria, Virginia

**COUNT ONE**
**(Sex Trafficking of a Child)**

THE GRAND JURY CHARGES THAT:

Between on or about February 26, 2024, and on or about November 1, 2024, the defendant, MICHAEL JAIME INOFUENTES, a national of the United States, who was first arrested in the Eastern District of Virginia, in and affecting interstate and foreign commerce, attempted to and did knowingly recruit, entice, harbor, transport, obtain, maintain, patronize, and solicit by any means a minor, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard that the minor had attained the age of 14 years but had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

(All in violation of Title 18, U.S. Code, Sections 1591(a)(1), (b)(2) and (c); 1594(a); 1596(a)(1) and (a)(2).)

## COUNT TWO
### (Engaging in Illicit Sexual Conduct in a Foreign Place)

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about February 26, 2024, and on or about November 1, 2024, the defendant, MICHAEL JAIME INOFUENTES, a citizen of the United States, who was first arrested in the Eastern District of Virginia, traveled in foreign commerce from the United States to Colombia, and resided, temporarily and permanently, in Colombia, and engaged, and attempted to engage, in illicit sexual conduct with a person under 18 years of age.

(All in violation of Title 18, U.S. Code, Sections 2423(c), (f), and (g)(2).)

## **FORFEITURE NOTICE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

The defendant, MICHAEL JAIME INOFUENTES, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of the offense alleged in Count One of this Indictment, he shall forfeit to the United States, pursuant to 18 U.S.C. §§ 1594(d)(1) and (d)(2), the following: (1) the defendant's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

The defendant is further notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of Count Two of this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), the following: (1) any property, real or personal, used or intended to be used to commit or to facilitate the offense; and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to the offense.

The property subject to forfeiture includes, but is not limited to, the following:

1) Apple iPhone 14 (SN LQ9M97KQ19);

2) Galaxy Z Fold cell phone (SN RFCX70JRE2L);

3) Galaxy Note II cell phone (S/N: RV1D334KOEK1303);

4) Apple iPad (S/N: DMPRK5UHG5VY);

5) ZTE cell phone (S/N: 329F66200B1); and

6) HP ProBook Laptop (S/N: 5CD2159TGF).

If any property subject to forfeiture is unavailable, the United States may seek an order forfeiting substitute assets pursuant to Title 21, U.S. Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 18, United States Code, Section 2428(a) and 1594(d); Title 21, United States Code, Section 853(p); and Fed. R. Crim. P. 32.2.)

ERIK S. SIEBERT
United States Attorney

By: *(signature)*
Lauren Halper
Laura Withers
Assistant United States Attorneys

A TRUE BILL

FOREPERSON

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office