IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| v. | ) ) | Case No. 1:25-CR-5 (PTG) |
| MICHAEL JAIME INOFUENTES, | ) ) ) | |
| *Defendant.* | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

The United States of America, by and through undersigned counsel, respectfully moves the Court to permit the government to file its Response to the defendant's Motion to Suppress His Custodial Statements (Dkt. 92) on or before July 7, 2025. The defendant filed his Motion to Suppress on Friday, June 20, 2025, at 3:22 PM. Pursuant to Local Criminal Rule 47(F)(1), the government's Response brief is due on July 4, 2025, a federal holiday. Given the defendant's Motion to Suppress was filed shortly before a weekend, in combination with the Response deadline falling on a federal holiday, the government requests a brief 3-day extension of time to file its Response on or before Monday, July 7, 2025. The hearing on the defendant's Motion to Suppress is scheduled for August 19, 2025. Accordingly, the defendant will not be prejudiced by this 3-day extension. The government notified defense counsel of its intention to request an extension of time to file its Response and counsel indicated he has no objection.

//

//

//

//

1

For the foregoing reasons, the government respectfully requests a 3-day extension of time to file its Response to the defendant's Motion to Suppress on or before July 7, 2025.

                                            Respectfully submitted,

                                            Erik S. Siebert
                                            United States Attorney

Date:   June 26, 2025          By:        /s/
                                            Lauren Halper
                                            Laura Withers
                                            Assistant United States Attorneys
                                            United States Attorney's Office
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314
                                            Tel.: (703) 299-3700
                                            Lauren.Halper@usdoj.gov
                                            Laura.Withers@usdoj.gov