IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-5 |
| MICHAEL JAIME INOFUENTES, | |
| Defendant. | |

**CONSENT MOTION FOR ENTRY OF AN ORDER**
**PURSUANT TO FED. R. EVID. 502**

COMES NOW the United States of America, by and through undersigned counsel, with the consent of the defendant, and respectfully requests that the Court enter an Order pursuant to Fed. R. Evid. 502, ordering that attorney-client privilege and attorney work product protection is not waived by disclosure of certain records in this case. In support thereof, the government states as follows:

1. On November 5, 2024, the defendant was charged via criminal complaint with engaging in illicit sexual conduct in a foreign place. Dkt 1. On January 8, 2025, the grand jury returned a single-count Indictment charging the defendant with engaging in, and attempting to engage in, illicit sexual conduct in a foreign place, in violation of 18 U.S.C. § 2423(c), (f), and (g)(2). Dkt. 25. On April 22, 2025, the grand jury returned a Superseding Indictment, which added a charge of sex trafficking of a child, in violation of 18 U.S.C. §§ 1591, 1594, and 1596. Dkt. 64. A jury trial is currently set to begin on September 9, 2025.

2. On April 17, 2025, the defendant filed a Motion to Suppress the manual border search of his electronic devices conducted by Homeland Security Investigations (HSI) Special

1

Agent Miranda Ballard at Miami International Airport. Dkt. 60. Subsequently, he filed a Motion to Compel the government to produce three categories of records/information he said are relevant to the upcoming suppression hearing, including "[a]ll documents and communications relating to legal guidance or training on border searches of electronic devices provided to, or in the custodial file of, HSI Agent Ballard[.]" Dkt. 76 at 1.

3. On June 20, 2025, the Court granted the defendant's motion in part, and ordered the government to "produce all documents that meet the following characteristics: (a) all directives or instructions that; (b) relate to legal guidance or training directing compliance with the law on border searches of electronic devices; and (c) were provided to, or in the custodial file of, Agent Ballard." Dkt. 90.

4. Pursuant to the Court's Order, the government requested all material that falls within the Order from the relevant government agencies. To date, the government has provided defense counsel with two sets of HSI training materials that were presented, but not directly provided to Special Agent Ballard by a Senior Attorney with HSI's Office of the Principal Legal Advisor (OPLA). The training materials, in the form of PowerPoint presentations, contain notes meant as an aid to the presenting attorneys, notes which Special Agent Ballard never saw. OPLA maintains that the notes associated with the training materials are attorney work product and contain attorney-client privileged information. Therefore, versions of these two sets of training materials were provided to defense counsel with the notes redacted. Since then, the defense sought, and the government has agreed to provide, unredacted versions of these training materials pursuant to a Protective Order.

5.    To avoid further litigation over the issue of whether the materials are privileged and/or protected, and in order to facilitate the speedy disclosure of the unredacted records, the parties seek an Order pursuant to Fed. R. Evid. 502, ordering that attorney-client privilege and attorney work product protection is not waived by disclosure of records pursuant to the Court's June 20, 2025 Order, and therefore the disclosure of these records is not a waiver in any other federal or state proceeding.

WHEREFORE, the undersigned respectfully requests that the Court enter the proposed Order.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:    /s/
Lauren Halper
Laura Withers
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Lauren.Halper@usdoj.gov
Laura.Withers@usdoj.gov